**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1998**

───────────

LAYLAH MARSH,

        Plaintiff - Appellant,

    v.

THE UNIVERSITY OF NORTH CAROLINA AT WILMINGTON,

        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Charlotte.  Terrence W. Boyle, District Judge.  (7:21-cv-00189-BO)

───────────

Submitted:  May 17, 2023                       Decided:  June 15, 2023

───────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Laylah Marsh, Appellant Pro Se.  Kimberly D. Potter, Assistant Attorney General; NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Jeremy Michael Falcone, Alex John Hagan, Raleigh, North Carolina, Dixie Thomas Wells, ELLIS & WINTERS, LLP, Greensboro, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laylah Marsh appeals the district court's order granting Defendant's motion for judgment on the pleadings, dismissing Marsh's lawsuit alleging breach of contract and violations of Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681 to 1688, and denying her motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Marsh v. Univ. of North Carolina at Wilmington*, No. 7:21-cv-00189-BO (E.D.N.C. Aug. 22, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*